IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE M. HILL,<br>　　　　Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICING,<br>LP, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>Case No. 3:13-CV-3043-N-BK<br><br><br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

　　Defendant BAC Home Loan Servicing, LLC's *Motion to Dismiss* (Doc. 5) is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** as to that Defendant. The Court sua sponte dismisses Plaintiff's complaint against Defendant BAC Home Loan Servicing LLC without prejudice for failure to prosecute.

　　SO ORDERED this 2nd day of December, 2013.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE